1  LAW OFFICES OF BILL LATOUR
2  Bill LaTour [C.S.B.N. 169758]
   11332 Mountain View Ave., Suite C
3  Loma Linda, California, 92354
4       Telephone: [909] 796-4560
        Facsimile: [909] 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                    UNITED STATES DISTRICT COURT
9                FOR THE CENTRAL DISTRICT OF CALIFORNIA
                          EASTERN DIVISION
10

11 ANGEL GUTIERREZ,              )  No. EDCV 08-7714 FMO
                                 )
12      Plaintiff,                )  ORDER OF DISMISSAL WITH
                                 )  PREJUDICE
13                               )
14      v.                       )
                                 )
15 MICHAEL J. ASTRUE,            )
16 Commissioner of Social Security, )
                                 )
17      Defendant.                )
                                 )
18 _____ )

19

20      Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS
21 ORDERED that the above-captioned proceeding is dismissed with prejudice; each side
22 to bear her own attorney fees, costs, and expenses, including but not limited to attorney
23 fees under the Equal Access to Justice Act.
24      Date: July 24, 2009              _____/s/_____
25                                       FERNANDO M. OLGUIN
26                                       UNITED STATES MAGISTRATE JUDGE
27
28